IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LINDA SUE HUDSON,

    Plaintiff,

vs.                                             CASE NO. 1:09CV155-MP/AK

MICHAEL J. ASTRUE,

    Defendants.

_____/

## O R D E R

Presently before the Court is Defendant's Motion for Enlargement of Time to file a responsive memorandum. (Doc. 14). The motion is **GRANTED**, and Defendant shall have through January 25, 2010, to file a responsive memorandum.

**DONE AND ORDERED** this 23rd day of December, 2009.

                                          s/ A Kornblum
                                          **ALLAN KORNBLUM**
                                          **UNITED STATES MAGISTRATE JUDGE**